FRANCIS ·C. NEALE, Inc., v. HUDSON & M. R. CO. et al. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Francis C. Neale, Incorporated, against the Hudson & Manhattan Railroad Company and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 132 N. Y. Supp. 1127.

In re FROST. (Supreme Court, Appellate Division, First Department. January 26, 1912.) In the matter of Emma R. Frost, deceased. No opinion. Order affirmed, with $10 costs and disbursements.· Order filed.

FURNISS et al. v. FURNISS et al. (Supreme Court, Appellate Division, First Department. December 29, 1911.) Action by William P. Furniss and others against Sophia R. G. Furniss and others. H. de F. Baldwin, for appellants. H. Barry, for respondents. No opinion. Motion denied, with $10 costs. Order filed. See, also, 133 N. Y. Supp. 46.

GANNELLI, Respondent, v. SARATOGA COAL CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Action by Joseph Gannelli against the Saratoga Coal Company.
.PER CURIAM. Judgment and order affirmed, with costs.
HOUGHTON, J., dissents.

GASS, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 24, 1912.) Action by Egidius Gass against the Solvay Process Company. No opinion. Judgment and order affirmed, with costs.

GATES, Appellant, v. MARILLEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by George Gates against Edward M. Marilley.
PER CURIAM. Judgment of County Court modified, so as to reverse the judgment of the Justice's Court, with costs, and by striking out the provision awarding a new trial in the Justice's Court, and, as so modified, affirmed, without costs of this appeal to either party.

GELDER v. INTERNATIONAL ORE CO. (Supreme Court, Appellate Division, First Department. January 19, 1912.) Action by Barney Gelder against the International Ore Company. No opinion. Motion denied. Order filed. See, also, 133 N. Y. Supp. 214.

GENERAL CONTRACTING CO., Appellant, v. BURGARD, Respondent. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by the General Contracting Company against Henry G. Burgard. No opinion. Judgment and order affirmed, with costs.

GERAERDTS v. ROSENBERG et al. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by William Geraerdts against Louis Rosenberg and others. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements. See, also, infra.

GERAERDTS v. ROSENBERG et al. (Supreme Court, Appellate Division, Second Department. February 2, 1912.) Action by William Geraerdts against Louis Rosenberg and others. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, supra.

GERARD et al., Respondents, v. WARD et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Daniel M. Gerard and another against Louis Delancy Ward and another. No opinion. Motion denied, without costs. See, also, 132 N. Y. Supp. 1130.

In re GERMAN SAV. BANK IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. February 23, 1912.) In the matter of the German Savings Bank in the City of New York. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GILBERT, Appellant, v. ZIPKIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Maurice Gilbert against Moses W. Zipkin and others. No opinion. Judgment affirmed, with costs.

GILLEN, Appellant, v. NEW YORK BUTCHERS' DRESSED BEEF CO., Respondent. (Supreme Court, Appellate Division, First Department. February 16, 1912.) Action by John J. Gillen against the New York Butchers' Dressed Beef Company. C. P. Earley, for appellant. E. C. Sherwood, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 144 App. Div. 930, 129 N. Y. Supp. 1123.

GILMOUR DOOR CO., Respondent, v. KESHIN, BLITSTEIN & CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Action by the Gilmour Door Company against Keshin, Blitstein & Co. No opinion. Order affirmed, with $10 costs and disbursements.

GOLDSTEIN v. EMPIRE STATE SURETY CO. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Nathan Goldstein against the Empire State Surety Company. With this case have been consolidated in this court cases bearing titles as follows: S. Morrill Banner v. Rock Island